

**SEALED FILED**
JUN 24 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1 | BENJAMIN B. WAGNER
United States Attorney
2 | JEFFREY A. SPIVAK
Assistant United States Attorney
3 | United States Courthouse
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
(559) 497-4000 Telephone
5 | (559) 497-4099 Facsimile

6 | Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC. AND/OR PROPERTY TRACEABLE THERETO.<br><br>APPROXIMATELY $21,865.67 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 205912785 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC. AND/OR PROPERTY TRACEABLE THERETO,<br><br>APPROXIMATELY $2,031,022.25 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 325016557963 HELD IN THE NAME OF MARTEL 3D, LLC. AND/OR PROPERTY TRACEABLE THERETO; and<br><br>APPROXIMATELY $120,883.59 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000577161654 HELD IN THE NAME OF MARTEL 3D, LLC. AND/OR PROPERTY TRACEABLE THERETO<br><br>Defendants. | CASE NO. 1:15 CV 00954 AWI SKO<br><br>**UNDER SEAL**<br><br>*EX PARTE* ORDER SEALING CIVIL COMPLAINT FOR FORFEITURE |

The United States having moved to seal the Verified Complaint for Forfeiture In Rem, the concurrently filed Application to Seal and corresponding Proposed Order, and the concurrently filed Motion to Stay and corresponding Proposed Order, pending the completion of the criminal investigation and case, and the Court being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that the Complaint and all related documents are to be placed under seal until further notice.

Dated this 24th day of June, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE