UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA FOSTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING INC et al.,<br><br>　　　　　Defendants. | No.  1:15-cv-00954 AWI SKO<br><br>**NEW CASE NUMBER**<br><br>**1:15-cv-00954 AWI MJS**<br><br>**<u>ORDER OF RECUSAL</u>** |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. Section 455 is appropriate in this matter.

IT IS THEREFORE ORDERED that the undersigned recuses herself as the magistrate judge to whom this case is assigned.

IT IS FURTHER ORDERED that this case is reassigned to Magistrate Judge Michael J. Seng.

All future pleadings filed with the court shall use the following case number:

**1:15-cv-00954 AWI MJS**

Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

　　Dated:　**June 29, 2015**　　　　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1