BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

**FILED**
JAN 11 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CV-00954-DAD-SKO |
| Plaintiff, | **UNDER SEAL** |
| v. | ***EX PARTE* ORDER TO FURTHER STAY CIVIL FORFEITURE CASE** |
| APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC. AND/OR PROPERTY TRACEABLE THERETO. | |
| APPROXIMATELY $21,865.67 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 205912785 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC. AND/OR PROPERTY TRACEABLE THERETO, | |
| APPROXIMATELY $2,031,022.25 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 325016557963 HELD IN THE NAME OF MARTEL 3D, LLC. AND/OR PROPERTY TRACEABLE THERETO; and | |
| APPROXIMATELY $120,883.59 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000577161654 HELD IN THE NAME OF MARTEL 3D, LLC. AND/OR PROPERTY TRACEABLE THERETO | |
| Defendants. | |

The United States having moved to stay the civil forfeiture action pursuant to 18 U.S.C. § 981(g)(1) and having demonstrated that civil discovery will adversely affect the ability of the United States to conduct the related ongoing criminal investigation, the above entitled civil in rem forfeiture action shall be stayed until June 10, 2016, pending the completion of the criminal investigation and criminal case. The United States shall file a status report one week prior, on June 3, 2016, informing the Court whether the continuation of the stay is still necessary.

**IT IS HEREBY ORDERED.**

Dated, this 7th day of January, 2016.

_____
Hon. DALE A. DROZD
United States District Court Judge