PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

FILED

NOV 07 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorneys for the United States

SEALED

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA, | No.  1:15-CV-00954-DAD-SKO |
| Plaintiff, | |
| v. | **UNDER SEAL** |
| APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC., | _EX PARTE_ ORDER TO FURTHER STAY CIVIL FORFEITURE CASE |
| APPROXIMATELY $21,865.67 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 205912785 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC., | |
| APPROXIMATELY $2,031,022.25 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 325016557963 HELD IN THE NAME OF MARTEL 3D, LLC., and | |
| APPROXIMATELY $120,883.59 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000577161654 HELD IN THE NAME OF MARTEL 3D, LLC., | |
| Defendants. | |

///

1    The United States having moved to stay the civil forfeiture action pursuant to 18 U.S.C. §

2   981(g)(1) and having demonstrated that civil discovery will adversely affect the ability of the

3   United States to conduct the related ongoing criminal investigation, the above entitled civil in rem

4   forfeiture action shall be stayed until June 7, 2017, pending the completion of the criminal

5   investigation and criminal case.  The United States shall file a status report one week prior, on

6   May 31, 2017, informing the Court whether the continuation of the stay is still necessary.

7    **IT IS HEREBY ORDERED.**

8    Dated, this _____7th_____ day of _____November_____, 2016.

9

10

11                                             Hon.  DALE A. DROZD
                                               United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28