PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC. AND/OR PROPERTY TRACEABLE THERETO.<br><br>APPROXIMATELY $21,865.67 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 205912785 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC. AND/OR PROPERTY TRACEABLE THERETO,<br><br>APPROXIMATELY $2,031,022.25 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 325016557963 HELD IN THE NAME OF MARTEL 3D, LLC. AND/OR PROPERTY TRACEABLE THERETO; and<br><br>APPROXIMATELY $120,883.59 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000577161654 HELD IN THE NAME OF MARTEL 3D, LLC. AND/OR PROPERTY TRACEABLE THERETO<br><br>Defendants. | CASE NO.  1:15-CV-00954-DAD-MJS<br><br>**REQUEST AND ORDER TO UNSEAL COMPLAINT** |

The United States of America, by and through its undersigned counsel submits the following report:

1. This is a civil action *in rem* for forfeiture of the above-captioned assets ("Defendant Property"). The complaint, filed on June 24, 2015, alleges that the Defendant Property is subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

2. On June 24, 2015, due to the ongoing criminal investigation, the United States sought and obtained an order sealing the case and has since maintained a stay of the civil action. On November 7, 2016, the Court granted an additional ex parte request by the United States to continue the stay until June 7, 2017.

3. The United States hereby requests that the Court unseal the complaint (but not the other documents filed under seal in the case) so that the United States can provide potential claimants with notice of the complaint in order to allow such potential claimants to challenge the seizure(s) at issue in the complaint.

4. The United States requests that previously ordered stay continue to be in effect, as originally ordered, through June 7, 2017.

Respectfully submitted,

Dated: April 4, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **April 4, 2017**

_____
UNITED STATES DISTRICT JUDGE