1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   (559) 497-4000  Telephone
5  (559) 497-4099  Facsimile

6  Attorneys for the United States

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITES STATES OF AMERICA,              No.  1:15-CV-00954-DAD-SKO

12            Plaintiff,

13       v.                               **UNDER SEAL**

14 APPROXIMATELY $3,801,034.94 IN
   U.S. CURRENCY SEIZED FROM
15 CITIBANK ACCOUNT NUMBER               *EX PARTE* ORDER TO FURTHER STAY
   206054579 HELD IN THE NAME OF         CIVIL FORFEITURE CASE
16 ARTHUR AVE. CONSULTING, INC.,

17 APPROXIMATELY $21,865.67 IN U.S.
   CURRENCY SEIZED FROM CITIBANK
18 ACCOUNT NUMBER 205912785 HELD
   IN THE NAME OF ARTHUR AVE.
19 CONSULTING, INC.,

20 APPROXIMATELY $2,031,022.25 IN
   U.S. CURRENCY SEIZED FROM BANK
21 OF AMERICA ACCOUNT NUMBER
   325016557963 HELD IN THE NAME OF
22 MARTEL 3D, LLC., and

23 APPROXIMATELY $120,883.59 IN U.S.
   CURRENCY SEIZED FROM BANK OF
24 AMERICA ACCOUNT NUMBER
   000577161654 HELD IN THE NAME OF
25 MARTEL 3D, LLC.,

26            Defendants.

27

28 ///

   UNDER SEAL                              1
   *Ex Parte* Order to Further Stay

1    The United States having moved to stay the civil forfeiture action pursuant to 18 U.S.C. §
2  981(g)(1) and having demonstrated that civil discovery will adversely affect the ability of the
3  United States to conduct the related ongoing criminal investigation, the above-entitled civil in
4  rem forfeiture action shall be stayed until September 7, 2017, pending the completion of the
5  criminal investigation and criminal case.  The United States shall file a status report one week
6  prior, on August 31, 2017, informing the Court whether the continuation of the stay is still
7  necessary.

8  IT IS SO ORDERED.

9     Dated:   **June 6, 2017**                    _____
10                                                 UNITED STATES DISTRICT JUDGE