1 | PHILLIP A. TALBERT
United States Attorney
2 | JEFFREY A. SPIVAK
Assistant United States Attorney
3 | United States Courthouse
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
(559) 497-4000  Telephone
5 | (559) 497-4099  Facsimile

6 | Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITES STATES OF AMERICA, | No. 1:15-CV-00954-DAD-SKO |
|---|---|
| Plaintiff, | |
| v. | **UNDER SEAL** |
| APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC., | ORDER TO FURTHER STAY CIVIL FORFEITURE CASE |
| APPROXIMATELY $21,865.67 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 205912785 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC., | |
| APPROXIMATELY $2,031,022.25 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 325016557963 HELD IN THE NAME OF MARTEL 3D, LLC, and | |
| APPROXIMATELY $120,883.59 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000577161654 HELD IN THE NAME OF MARTEL 3D, LLC, | |
| Defendants. | |

///

The United States having moved to stay the civil forfeiture action pursuant to 18 U.S.C. § 981(g)(1) and having demonstrated that civil discovery will adversely affect the ability of the United States to conduct the related ongoing criminal investigation, the above-entitled civil in rem forfeiture action shall be stayed until March 9, 2018, pending the completion of the criminal investigation and criminal case.  The United States shall file a status report one week prior, on March 2, 2018, informing the Court whether the continuation of the stay is still necessary.

IT IS SO ORDERED.

Dated: __**December 8, 2017**__                    _Dale A. Drozd_
                                                                       UNITED STATES DISTRICT JUDGE