UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC.,<br><br>APPROXIMATELY $21,865.67 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 205912785 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC.,<br><br>APPROXIMATELY $2,031,022.25 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 325016557963 HELD IN THE NAME OF MARTEL 3D, LLC, and<br><br>APPROXIMATELY $120,883.59 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000577161654 HELD IN THE NAME OF MARTEL 3D, LLC,<br><br>　　　　　Defendants. | No. 1:15-cv-00954-DAD-SKO<br><br>**UNDER SEAL**<br><br>ORDER TO FURTHER STAY CIVIL FORFEITURE CASE |

/////

1

The United States having moved to stay the civil forfeiture action pursuant to 18 U.S.C. § 981(g)(1) and having demonstrated that civil discovery will adversely affect the ability of the United States to conduct the related ongoing criminal investigation, the above-entitled civil in rem forfeiture action shall be stayed until August 9, 2018, pending the completion of the criminal investigation and criminal case. The United States shall file a status report one week prior, on August 2, 2018, informing the court whether the continuation of the stay is still necessary.

IT IS SO ORDERED.

Dated:   **May 11, 2018**

UNITED STATES DISTRICT JUDGE