McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC.,<br><br>APPROXIMATELY $21,865.67 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 205912785 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC.,<br><br>APPROXIMATELY $2,031,022.25 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 325016557963 HELD IN THE NAME OF MARTEL 3D, LLC, and<br><br>APPROXIMATELY $120,883.59 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000577161654 HELD IN THE NAME OF MARTEL 3D, LLC,<br><br>Defendants. | No. 1:15-CV-00954-DAD-SKO<br><br>STIPULATION AND ORDER TO UNSEAL ACTION AND LIFT STAY |

| | | |
|---|---|---|
| 1 | The United States of America, through its undersigned counsel, and potential claimant | |
| 2 | Ara Dolarian, by and through his counsel, George B. Newhouse, Jr., request that the Court unseal | |
| 3 | the action. | |

The parties further stipulate and request that the Court lift the stay imposed in this case.

On December 23, 2015, the United States filed a Notice of Related Case, relating this action with <u>United States v. Approximately $50,000.00 Seized from the California Franchise Tax Board, et al.</u>, 1:15-CV-01909-LJO-SAB. The Parties intend to request the Court to consolidate this action, No. 15-CV-00954-DAD-SKO with the forfeiture action identified above, as both cases arise from the same set of operative facts and present similar questions of law. Once the matters are consolidated, the parties will confer regarding a mutually convenient date for setting a Scheduling Conference.

IT IS SO STIPULATED.

Dated: December 11, 2018

McGREGOR W. SCOTT
United States Attorney

 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: December 11, 2018

 /s/ George B. Newhouse, Jr.
GEORGE B. NEWHOUSE, JR.
Attorney for Potential Claimant
Ara Dolarian
(As approved by email on 12/11/2018)

**ORDER**

For the reasons stipulated above, this matter is UNSEALED and the previously imposed stay is lifted.

IT IS SO ORDERED.

Dated: **December 13, 2018**

UNITED STATES DISTRICT JUDGE