1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  (559) 497-4000 Telephone
   (559) 497-4099 Facsimile
5
   Attorneys for the United States
6

7
8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                         | CASE NO. 1:15-CV-00954-DAD-EPG

12 |             Plaintiff,

13 |     v.                                            | STIPULATION AND ORDER TO
                                                        CONTINUE MANDATORY
14 | APPROXIMATELY $3,801,034.94 IN U.S.                SCHEDULING CONFERENCE FROM
     CURRENCY SEIZED FROM CITIBANK                      MAY 22, 2019 TO JUNE 5, 2019
15 | ACCOUNT NUMBER 206054579 HELD IN
     THE NAME OF ARTHUR AVE.
16 | CONSULTING, INC.,

17 | APPROXIMATELY $21,865.67 IN U.S.
     CURRENCY SEIZED FROM CITIBANK
18 | ACCOUNT NUMBER 205912785 HELD IN
     THE NAME OF ARTHUR AVE.
19 | CONSULTING, INC.,

20 | APPROXIMATELY $2,031,022.25 IN U.S.
     CURRENCY SEIZED FROM BANK OF
21 | AMERICA ACCOUNT NUMBER
     325016557963 HELD IN THE NAME OF
22 | MARTEL 3D, LLC, and

23 | APPROXIMATELY $120,883.59 IN U.S.
     CURRENCY SEIZED FROM BANK OF
24 | AMERICA ACCOUNT NUMBER
     000577161654 HELD IN THE NAME OF
25 | MARTEL 3D, LLC,

26

27

28

| | |
|---|---|
| 1 | APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC, and |

2011 BMX X3, VIN: 5UXX5C54BL716300,

Defendants.

The United States and Claimants Ara G. Dolarian, Arthur Ave. Consulting, Inc., Martel 3D LLC, and Dolarian Capital, Inc. (hereafter "Dolarian Claimants"), by and through their respective counsel of record, submit the following Stipulated Request to Continue the Mandatory Scheduling Conference from May 22, 2019, to June 5, 2019.

**Introduction**

In June and December 2015, the United States filed civil forfeiture complaints *in rem* against the above-captioned assets ("defendant assets"), seeking forfeiture of the defendant assets because they are the proceeds of a criminal violation of the Arms Export Control Act ("AECA"), 22 U.S.C. § 2778, *et seq*. The United States has served all known potential claimants to the defendant assets in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. The Dolarian Claimants have appeared in this case with the filing of their claims and answers to the complaints. *See* ECF Nos. 22 and 24.

Further, the parties have stipulated to the consolidation of the two forfeiture actions, which was granted by the Court on April 5, 2019. *See* ECF No. 41. The parties submitted a Joint Scheduling Report in preparation of the May 22, 2019 Scheduling Conference. *See* ECF No. 43.

**Good Cause**

On May 15, 2019, a Criminal Complaint was filed against Ara Dolarian and Dolarian Capital, Inc. in the Eastern District of California, case number 1:19-MC-00106-EPG. A warrant for the arrest of Ara Dolarian was issued that same day. On Thursday, May 16, 2019, Ara Dolarian appeared for an initial appearance. A detention hearing is set for Monday, May 20, 2019. In light of this development, the parties have conferred and agreed that Mandatory Scheduling Conference should be continued for

two weeks.

This brief continuance of the Mandatory Scheduling Conference will allow Mr. Dolarian to address the posture of the criminal case filed against him. For this reason, the parties seek to continue the Mandatory Scheduling Conference to June 5, 2019 (or to another date the Court deems appropriate).

As explained above, the request is based on the request by the primary claimant to the assets and will allow him to consult with counsel and address the criminal charges against him. Therefore, good cause exists to continue the Mandatory Scheduling Conference from May 22, 2019 to June 5, 2019, or to a date the Court deems appropriate.

Respectfully submitted,

Dated: May 20, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

Dated: May 17, 2019

/s/ George B. Newhouse, Jr.
GEORGE B. NEWHOUSE, JR.
Attorney for Claimants
(As approved by email on 05/17/2019)

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the Court makes the following order: The Mandatory Scheduling Conference is continued from May 22, 2019, to June 5, 2019, at 10:30 am. To participate telephonically, each party is directed to use the following dial-in information: Dial-In Number 1-888-251-2909 and Passcode 1024453.
IT IS SO ORDERED.

Dated: **May 20, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order to Continue Mandatory Scheduling Conference from May 22, 2019 to June 5, 2019