| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>JEFFREY A. SPIVAK<br>Assistant U.S. Attorney<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>(559) 497-4000 Telephone<br>(559) 497-4099 Facsimile<br><br>Attorneys for the United States | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC.,<br><br>APPROXIMATELY $21,865.67 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 205912785 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC.,<br><br>APPROXIMATELY $2,031,022.25 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 325016557963 HELD IN THE NAME OF MARTEL 3D, LLC, and<br><br>APPROXIMATELY $120,883.59 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000577161654 HELD IN THE NAME OF MARTEL 3D, LLC, | CASE NO. 1:15-CV-00954-DAD-EPG<br><br>STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 46) |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC, and<br><br>2011 BMX X3, VIN: 5UXX5C54BL716300,<br><br>    Defendants. |

The United States and Claimants Ara G. Dolarian, Arthur Ave. Consulting, Inc., Martel 3D LLC, and Dolarian Capital, Inc. (hereafter "Dolarian Claimants"), by and through their respective counsel of record, submit the following Stipulated Request to Continue the Mandatory Scheduling Conference from June 5, 2019, to July 17, 2019.

### Introduction

In June and December 2015, the United States filed civil forfeiture complaints *in rem* against the above-captioned assets ("defendant assets"), seeking forfeiture of the defendant assets because they are the proceeds of a criminal violation of the Arms Export Control Act ("AECA"), 22 U.S.C. § 2778, *et seq*. The United States has served all known potential claimants to the defendant assets in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. The Dolarian Claimants have appeared in this case with the filing of their claims and answers to the complaints. *See* ECF Nos. 22 and 24.

Further, the parties have stipulated to the consolidation of the two forfeiture actions, which was granted by the Court on April 5, 2019. *See* ECF No. 41. The parties submitted a Joint Scheduling Report in preparation of the May 22, 2019 Scheduling Conference. *See* ECF No. 43. The parties joint requested, and the Court granted, that the May 22, 2019 Scheduling Conference be rescheduled to June 5, 2019.

### Good Cause

On May 15, 2019, a Criminal Complaint was filed against Ara G. Dolarian ("Defendant Dolarian") and Dolarian Capital, Inc. ("DCI") in the Eastern District of California, case number 1:19-MC-00106-EPG. A warrant for the arrest of Defendant Dolarian was issued that same day. On May

16, 2019. Defendant Dolarian, in custody, appeared in court and was arraigned on the criminal complaint. The Court also set a preliminary hearing date for May 28, 2019. Dolarian and the government stipulated to extend the date for holding any preliminary hearing to and including June 27, which the Court, on the basis of good cause, so ordered. In light of this development, the parties have conferred and agreed that the Mandatory Scheduling Conference should be continued to July 17, 2019.

This brief continuance of the Mandatory Scheduling Conference will allow the parties to make the necessary appearances in the criminal matter. Based on said fact, the parties believe engaging in civil discovery would be premature. For this reason, the parties seek to continue the Mandatory Scheduling Conference to June 17, 2019 (or to another date the Court deems appropriate).

As explained above, the request is based on the parties' stipulation to delay setting a discovery schedule until the requisite matters in the criminal case are resolved. Therefore, good cause exists to continue the Mandatory Scheduling Conference from June 5, 2019 to July 17, 2019, or to a date the Court deems appropriate.

                                                            Respectfully submitted,

Dated: June 3, 2019                                 McGREGOR W. SCOTT
                                                          United States Attorney

                                                          /s/ Jeffrey A. Spivak
                                                          JEFFREY A. SPIVAK
                                                          Assistant U.S. Attorney

Dated: May 30, 2019                                /s/ George B. Newhouse, Jr.
                                                          GEORGE B. NEWHOUSE, JR.
                                                          Attorney for Claimants
                                                          (As approved by email on 05/30/2019)

///
///
///
///
///
///
///
///

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 46) and good cause appearing, the Mandatory Scheduling Conference is continued from June 5, 2019 to July 31, 2019, at 3:00 p.m., in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in information: Dial-In Number 1-888-251-2909 and Passcode 1024453.

IT IS SO ORDERED.

Dated: **June 4, 2019**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE