| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | JEFFREY A. SPIVAK<br>Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | (559) 497-4000 Telephone<br>(559) 497-4099 Facsimile |
| 5 | |
| 6 | Attorneys for the United States |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC.,<br><br>APPROXIMATELY $21,865.67 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 205912785 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC.,<br><br>APPROXIMATELY $2,031,022.25 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 325016557963 HELD IN THE NAME OF MARTEL 3D, LLC, and<br><br>APPROXIMATELY $120,883.59 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000577161654 HELD IN THE NAME OF MARTEL 3D, LLC, | CASE NO. 1:15-CV-00954-DAD-EPG<br><br>STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE FROM JULY 31, 2019 TO OCTOBER 23, 2019<br><br>(ECF No. 48) |

| | |
|---|---|
| 1 | APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC, and |
| 5 | 2011 BMX X3, VIN: 5UXX5C54BL716300, |
| 6 | Defendants. |

The United States and Claimants Ara G. Dolarian, Arthur Ave. Consulting, Inc., Martel 3D LLC, and Dolarian Capital, Inc. (hereafter "Dolarian Claimants"), by and through their respective counsel of record, submit the following Stipulated Request to Continue the Mandatory Scheduling Conference from July 31, 2019, to October 23, 2019.

**Introduction**

In June and December 2015, the United States filed civil forfeiture complaints *in rem* against the above-captioned assets ("defendant assets"), seeking forfeiture of the defendant assets because they are the proceeds of a criminal violation of the Arms Export Control Act ("AECA"), 22 U.S.C. § 2778, *et seq*. The United States has served all known potential claimants to the defendant assets in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. The Dolarian Claimants have appeared in this case with the filing of their claims and answers to the complaints. *See* ECF Nos. 22 and 24.

Further, the parties have stipulated to the consolidation of the two forfeiture actions, which was granted by the Court on April 5, 2019. *See* ECF No. 41. The parties jointly requested, and the Court granted, that the Scheduling Conference be rescheduled to July 31, 2019. *See* ECF No. 47.

**Good Cause**

On May 15, 2019, a Criminal Complaint was filed against Ara G. Dolarian ("Defendant Dolarian") and Dolarian Capital, Inc. ("DCI") in the Eastern District of California, case number 1:19-MC-00106-EPG. A warrant for the arrest of Defendant Dolarian was issued that same day. On May 16, 2019. Defendant Dolarian, in custody, appeared in court and was arraigned on the criminal complaint. The criminal matter against Dolarian is ongoing. In light of this development, the parties

have conferred and agreed that the Mandatory Scheduling Conference should be continued to October 23, 2019.

This continuance of the Mandatory Scheduling Conference will allow the criminal matter to proceed. On this basis, the parties believe engaging in civil discovery would not be productive at this time. For this reason, and in the interests of judicial economy, the parties have agreed to stipulate to continue the Mandatory Scheduling Conference to October 23, 2019 (or to another date the Court deems appropriate).

As explained above, the parties believe that this request is in the interests of justice. Therefore, good cause exists to continue the Mandatory Scheduling Conference from July 31, 2019 to October 23, 2019, or to a date the Court deems appropriate.

Respectfully submitted,

Dated: July 10, 2019  McGREGOR W. SCOTT
United States Attorney

 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

Dated: July 10, 2019   /s/ George B. Newhouse, Jr.
GEORGE B. NEWHOUSE, JR.
Attorney for Claimants
(As approved by email on 07/10/2019)

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 48) and good cause appearing, the Mandatory Scheduling Conference is continued from July 31, 2019, to October 23, 2019, at 10:00 a.m., in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in information: Dial-In Number 1-888-251-2909 and Passcode 1024453.

IT IS SO ORDERED.

Dated: **July 15, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE