1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  (559) 497-4000 Telephone
   (559) 497-4099 Facsimile
5
   Attorneys for the United States
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 1:15-CV-00954-DAD-EPG

12              Plaintiff,

                                           STIPULATION AND ORDER TO
13       v.                                CONTINUE MANDATORY
                                           SCHEDULING CONFERENCE FROM
14  APPROXIMATELY $3,801,034.94 IN U.S.    OCTOBER 23, 2019 TO APRIL 22,
    CURRENCY SEIZED FROM CITIBANK          2020
15  ACCOUNT NUMBER 206054579 HELD IN
    THE NAME OF ARTHUR AVE.
16  CONSULTING, INC.,

17  APPROXIMATELY $21,865.67 IN U.S.
    CURRENCY SEIZED FROM CITIBANK
18  ACCOUNT NUMBER 205912785 HELD IN
    THE NAME OF ARTHUR AVE.
19  CONSULTING, INC.,

20  APPROXIMATELY $2,031,022.25 IN U.S.
    CURRENCY SEIZED FROM BANK OF
21  AMERICA ACCOUNT NUMBER
    325016557963 HELD IN THE NAME OF
22  MARTEL 3D, LLC, and

23  APPROXIMATELY $120,883.59 IN U.S.
    CURRENCY SEIZED FROM BANK OF
24  AMERICA ACCOUNT NUMBER
    000577161654 HELD IN THE NAME OF
25  MARTEL 3D, LLC,

26

27

28

Stipulation and Order to Continue Mandatory
                   Scheduling Conference from October 23, 2019 to
                   April 22, 2020

APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC, and

2011 BMX X3, VIN: 5UXX5C54BL716300,

Defendants.

The United States and Claimants Ara G. Dolarian, Arthur Ave. Consulting, Inc., Martel 3D LLC, and Dolarian Capital, Inc. (hereafter "Dolarian Claimants"), by and through their respective counsel of record, submit the following Stipulated Request to Continue the Mandatory Scheduling Conference from October 23, 2019, to April 22, 2020.

## Introduction

In June and December 2015, the United States filed civil forfeiture complaints *in rem* against the above-captioned assets ("defendant assets"), seeking forfeiture of the defendant assets because they are the proceeds of a criminal violation of the Arms Export Control Act ("AECA"), 22 U.S.C. § 2778, *et seq*. The United States has served all known potential claimants to the defendant assets in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority. The Dolarian Claimants have appeared in this case with the filing of their claims and answers to the complaints. *See* ECF Nos. 22 and 24.

Further, the parties have stipulated to the consolidation of the two forfeiture actions, which was granted by the Court on April 5, 2019. *See* ECF No. 41. The parties jointly requested, and the Court granted, that the Scheduling Conference be rescheduled to October 23, 2019. *See* ECF No. 49.

## Good Cause

On May 15, 2019, a Criminal Complaint was filed against Ara G. Dolarian ("Defendant Dolarian") and Dolarian Capital, Inc. ("DCI") in the Eastern District of California, case number 1:19-MC-00106-EPG. A warrant for the arrest of Defendant Dolarian was issued that same day. On May 16, 2019. Defendant Dolarian, in custody, appeared in court and was arraigned on the criminal complaint. The criminal matter against Dolarian is presently set for sentencing on December 9, 2019.

Stipulation and Order to Continue Mandatory Scheduling Conference from October 23, 2019 to April 22, 2020

In light of the sentencing hearing, the parties have conferred and agreed that the Mandatory Scheduling Conference should be continued to April 22, 2020.

This continuance of the Mandatory Scheduling Conference will allow the criminal matter to resolve.  On this basis, the parties believe engaging in civil discovery would not be productive at this time.  For this reason, and in the interests of judicial economy, the parties have agreed to stipulate to continue the Mandatory Scheduling Conference to April 22, 2020 (or to another date the Court deems appropriate).

As explained above, the parties believe that this request is in the interests of justice.  Therefore, good cause exists to continue the Mandatory Scheduling Conference from October 23, 2019 to April 22, 2020, or to a date the Court deems appropriate.

Respectfully submitted,

Dated: October 18, 2019                     McGREGOR W. SCOTT
                                            United States Attorney


                                             /s/ Jeffrey A. Spivak
                                            JEFFREY A. SPIVAK
                                            Assistant U.S. Attorney


Dated: October 17, 2019                      /s/ George B. Newhouse, Jr.
                                            GEORGE B. NEWHOUSE, JR.
                                            Attorney for Claimants
                                            (As approved by email on 10/17/19)

Stipulation and Order to Continue Mandatory
Scheduling Conference from October 23, 2019 to
April 22, 2020

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 50) and good cause appearing, the Court

makes the following order: The Mandatory Scheduling Conference is continued from October 23, 2019

to **<u>April 22, 2020, at 10:00 a.m.</u>**

IT IS SO ORDERED.

Dated:    **October 18, 2019**          /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE

4                     Stipulation and Order to Continue Mandatory
                      Scheduling Conference from October 23, 2019 to
                      April 22, 2020