1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                     CASE NO. 1:15-CV-00954-DAD-EPG

12              Plaintiff,

                                                   ORDER TO CONTINUE MANDATORY
13         v.                                      SCHEDULING CONFERENCE FROM
                                                   APRIL 22, 2020 TO SEPTEMBER 9, 2020
14   APPROXIMATELY $3,801,034.94 IN U.S.
     CURRENCY SEIZED FROM CITIBANK
15   ACCOUNT NUMBER 206054579 HELD IN              (ECF No. 53)
     THE NAME OF ARTHUR AVE.
16   CONSULTING, INC.,

17   APPROXIMATELY $21,865.67 IN U.S.
     CURRENCY SEIZED FROM CITIBANK
18   ACCOUNT NUMBER 205912785 HELD IN
     THE NAME OF ARTHUR AVE.
19   CONSULTING, INC.,

20   APPROXIMATELY $2,031,022.25 IN U.S.
     CURRENCY SEIZED FROM BANK OF
21   AMERICA ACCOUNT NUMBER
     325016557963 HELD IN THE NAME OF
22   MARTEL 3D, LLC, and

23   APPROXIMATELY $120,883.59 IN U.S.
     CURRENCY SEIZED FROM BANK OF
24   AMERICA ACCOUNT NUMBER
     000577161654 HELD IN THE NAME OF
25   MARTEL 3D, LLC,

26

27

28

                                            1

1   APPROXIMATELY $50,000.00 SEIZED
    FROM THE CALIFORNIA FRANCHISE
2   TAX BOARD, SOURCED FROM FUNDS
    WITHDRAWN FROM BANK OF AMERICA
3   SAVINGS ACCOUNT NUMBER
    325016557963, HELD IN THE NAME OF
4   MARTEL 3D, LLC, and

5   2011 BMX X3, VIN: 5UXX5C54BL716300,

6          Defendants.

7

8          Pursuant to the stipulation of the parties (ECF No. 53) and good cause appearing,

9          IT IS ORDERED that the mandatory scheduling conference, currently set for April 22, 2020, is

10   continued to **September 9, 2020 at 10:00 a.m.** in Courtroom 10 (EPG) before Magistrate Judge Erica P.

11   Grosjean. To participate telephonically, each party is directed to use the following dial-in number and

12   passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling

13   report one full week prior to the conference and email a copy of same, in Word format, to

14   epgorders@caed.uscourts.gov, for the Judge's review.

15
     IT IS SO ORDERED.
16

17      Dated:   **April 15, 2020**                    /s/ _Erica P. Grosjean_
                                                       UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

                                                       2