IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC., *et al.*,<br><br>　　　　Defendants. | CASE NO. 1:15-CV-00954-DAD-EPG<br><br>ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE FROM SEPTEMBER 9, 2020 TO FEBRUARY 10, 2021<br><br>(ECF No. 55) |

Pursuant to the stipulation of the parties (ECF No. 55), and good cause appearing, the mandatory scheduling conference is continued from September 9, 2020, to February 10, 2021, at 10:00 a.m.

IT IS SO ORDERED.

　　Dated:　**September 2, 2020**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1　　Order to Continue Mandatory Scheduling Conference from September 9, 2020 to February 10, 2021