McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC.,<br><br>APPROXIMATELY $21,865.67 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 205912785 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC.,<br><br>APPROXIMATELY $2,031,022.25 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 325016557963 HELD IN THE NAME OF MARTEL 3D, LLC, and<br><br>APPROXIMATELY $120,883.59 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000577161654 HELD IN THE NAME OF MARTEL 3D, LLC, | CASE NO. 1:15-CV-00954-DAD-EPG<br><br>STIPULATION AND ORDER TO CONTINUE MANDATORY SCHEDULING CONFERENCE FROM FEBRUARY 10, 2021 TO JUNE 2, 2021 |

APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC, and

2011 BMX X3, VIN: 5UXX5C54BL716300,

Defendants.

The United States and Claimants Ara G. Dolarian, Arthur Ave. Consulting, Inc., Martel 3D LLC, and Dolarian Capital, Inc. (hereafter "Dolarian Claimants"), by and through their respective counsel of record, submit the following Stipulated Request to Continue the Mandatory Scheduling Conference from February 10, 2021, to June 2, 2021.

**Introduction**

In June and December 2015, the United States filed civil forfeiture complaints *in rem* against the above-captioned assets ("defendant assets"), seeking forfeiture of the defendant assets because they are the proceeds of a criminal violation of the Arms Export Control Act ("AECA"), 22 U.S.C. § 2778, *et seq*.  The United States has served all known potential claimants to the defendant assets in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  The Dolarian Claimants have appeared in this case with the filing of their claims and answers to the complaints.  *See* ECF Nos. 22 and 24.

Further, the parties have stipulated to the consolidation of the two forfeiture actions, which was granted by the Court on April 5, 2019.  *See* ECF No. 41.  The parties jointly requested, and the Court granted, that the Scheduling Conference be rescheduled to February 10, 2021.  *See* ECF No. 55, 56.

**Good Cause**

On May 15, 2019, a Criminal Complaint was filed against Ara G. Dolarian ("Defendant Dolarian") and Dolarian Capital, Inc. ("DCI") in the Eastern District of California, case number 1:19-CR-00138-NONE-SKO.  A warrant for the arrest of Defendant Dolarian was issued that same day. On May 16, 2019. Defendant Dolarian, in custody, appeared in court and was arraigned on the criminal complaint.  Defendant Dolarian was charged by information on June 27, 2019, and subsequently

entered a change of plea to "guilty" on June 27, 2019. Mr. Dolarian's sentencing hearing is presently set for May 14, 2021.  In light of the guilty plea and upcoming sentencing hearing, the parties have conferred and agreed that the Mandatory Scheduling Conference should be continued to June 2, 2021.

This continuance of the Mandatory Scheduling Conference will allow the criminal matter to resolve and a judgment entered by the Court.  On this basis, the parties believe engaging in civil discovery would not be productive.  For this reason, and in the interests of judicial economy, the parties have agreed to stipulate to continue the Mandatory Scheduling Conference to June 2, 2021 (or to another date the Court deems appropriate).

As explained above, the parties believe that this request is in the interests of justice.  Therefore, good cause exists to continue the Mandatory Scheduling Conference from February 10, 2021 to June 2, 2021, or to a date the Court deems appropriate.

Respectfully submitted,

Dated: February 2, 2021

McGREGOR W. SCOTT
United States Attorney

 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

Dated: February 2, 2021

 /s/ George B. Newhouse, Jr.
GEORGE B. NEWHOUSE, JR.
Attorney for Claimants
(Signature approved by email on 2/2/21)

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 57), and good cause appearing, the Initial Scheduling Conference is continued from February 10, 2021, to June 2, 2021, at 9:30 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:   **February 3, 2021**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE