AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:15-CV-00954-DAD-EPG |
| Approximately $3,801,034.94 in U.S. Currency Seiz.. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Federal Government of Nigeria                                                                                      .

Date:     02/17/2022

_____
*Attorney's signature*

Anthony O. Egbase, Esq. (Bar No.: 181721)
*Printed name and bar number*

A.O.E Law & Associates, Inc
350 S. Figueroa Street, Ste. 189
Los Angeles, CA 90071

*Address*

info@aoelaw.com
*E-mail address*

(213) 620-7070
*Telephone number*

(213) 620-1200
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing Appearance of Counsel was made via the Court's ECF system.

/s/ Anthony O. Egbase
Anthony O. Egbase, Esq.