AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>Approximately $3,801,034.94 in U.S. Currency Seiz..<br>*Defendant* | )<br>)<br>)<br>)<br>) Case No.   1:15-CV-00954-DAD-EPG |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE FEDERAL GOVERNMENT OF NIGERIA

Date:      04/20/2022

*Attorney's signature*

JOVI G. USUDE Esq., S.B.N 212895
*Printed name and bar number*

LAW OFFICE OF JOVI G. USUDE
14602 VICTORY BLVD SUITE 220
VAN NUYS, CA 91411

*Address*

LAATTYJOIVUSUDE@AOL.COM
*E-mail address*

(818) 988-9111
*Telephone number*

(818) 988-9118
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Appearance of Counsel was made via the Court's ECF system.

JOVI G.USUDE,  Esq.