PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000 Telephone
(559) 497-4099 Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC., *et al.*,<br><br>Defendants. | CASE NO. 1:15-CV-00954-ADA-EPG<br><br>ORDER RE: STIPULATION AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE FROM JANUARY 5, 2023, TO MARCH 23, 2023<br><br>(ECF No. 71). |

The United States and Claimants Ara G. Dolarian, Arthur Ave. Consulting, Inc., Martel 3D LLC, and Dolarian Capital, Inc. (hereafter "Dolarian Claimants"), by and through their respective counsel of record, submit the following Stipulated Request to Continue the Mandatory Scheduling Conference from January 5, 2023, to March 23, 2023.

**Introduction**

In June and December 2015, the United States filed civil forfeiture complaints *in rem* against the above-captioned assets ("defendant assets"), seeking forfeiture of the defendant assets because they are the proceeds of a criminal violation of the Arms Export Control Act ("AECA"), 22 U.S.C. § 2778, *et seq*. The United States has served all known potential claimants to the defendant assets in a

1

manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  The Dolarian Claimants have appeared in this case with the filing of their claims and answers to the complaints.  *See* ECF Nos. 22 and 24.

Further, the parties have stipulated to the consolidation of the two forfeiture actions, which was granted by the Court on April 5, 2019.  *See* ECF No. 41.  The parties jointly requested that the Scheduling Conference be rescheduled to December 28, 2022.  *See* ECF No. 68.  The Court rescheduled the Scheduling Conference for January 5, 2023.  *See* ECF No. 69.

## **Good Cause**

On May 15, 2019, a Criminal Complaint was filed against Ara G. Dolarian ("Defendant Dolarian") and Dolarian Capital, Inc. ("DCI") in the Eastern District of California, case number 1:19-CR-00138-NONE-SKO.  A warrant for the arrest of Defendant Dolarian was issued that same day. On May 16, 2019. Defendant Dolarian, in custody, appeared in court and was arraigned on the criminal complaint.  Defendant Dolarian was charged by information on June 27, 2019, and subsequently entered a change of plea to "guilty" on June 27, 2019.  Mr. Dolarian's sentencing hearing is presently set for March 3, 2023.  In light of the guilty plea and upcoming sentencing hearing, the parties have conferred and agreed that the Mandatory Scheduling Conference should be continued to March 23, 2023.

This continuance of the Mandatory Scheduling Conference will allow the criminal matter to resolve, and a judgment entered by the Court.  On this basis, the parties believe engaging in civil discovery would not be productive.  For this reason, and in the interests of judicial economy, the parties have agreed to stipulate to continue the Mandatory Scheduling Conference to March 23, 2023 (or to another date the Court deems appropriate).

As explained above, the parties believe that this request is in the interests of justice.  Therefore, good cause exists to continue the Mandatory Scheduling Conference from January 5, 2023, to March 23, 2023, or to a date the Court deems appropriate.

Respectfully submitted,

Dated:  December 29, 2022                               PHILLIP A. TALBERT
                                                        United States Attorney

|   |   |
|---|---|
| 1 | |
| 2 | /s/ Jeffrey A. Spivak |
|   | JEFFREY A. SPIVAK |
| 3 | Assistant U.S. Attorney |
| 4 | |
| 5 | |

Dated:  December 28, 2022             /s/ George B. Newhouse, Jr.
                                      GEORGE B. NEWHOUSE, JR.
                                      Attorney for Claimants
                                      (Signature approved by email on 12/28/22)

7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

**ORDER**

Pursuant to the stipulation of the parties (ECF No. 71), the Mandatory Scheduling Conference is continued from January 5, 2023, to March 23, 2023, at 10:00 a.m. The parties are also reminded to file a joint scheduling report one full week prior to the conference for the Judge's review. For telephonic appearances, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:  **January 3, 2023**                                        /s/ Erica P. Grosjean
                                                                                    UNITED STATES MAGISTRATE JUDGE

4