# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $3,801,034.94 IN U.S. CURRENCY SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579 HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC., et al.,<br><br>　　　　Defendants. | No.  1:15-CV-00954 ADA-EPG<br><br><br>ORDER |

　　In light of the fact that the assets at issue in this civil matter are the subject of a preliminary forfeiture order in Case No. 1:19-cr-00138-JLT-SKO, this action is reassigned from the dockets of District Judge Ana de Alba and Magistrate Judge Erica P. Grosjean to the dockets of District Judge Jennifer L. Thurston and Magistrate Judge Sheila K. Oberto.  Henceforth, the caption on documents filed in the reassigned case shall be shown as: 1:15-cv-00945-JLT-SKO.

　　It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED:  June 5, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE