| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | JEFFREY A. SPIVAK |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |

Attorneys for the United States

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CV-00954-JLT-SKO |
| Plaintiff, | ORDER GRANTING UNITED STATES' MOTION TO DISMISS CIVIL FORFEITURE ACTION |
| v. | |
| APPROXIMATELY $3,801,034.94 SEIZED FROM CITIBANK ACCOUNT NUMBER 206054579, HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC., | |
| APPROXIMATELY $21,865.67 SEIZED FROM CITIBANK ACCOUNT NUMBER 205912785, HELD IN THE NAME OF ARTHUR AVE. CONSULTING, INC., | |
| APPROXIMATELY $2,031,022.25 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC, | |
| APPROXIMATELY $120,883.59 SEIZED FROM BANK OF AMERICA ACCOUNT NUMBER 000577161654, HELD IN THE NAME OF MARTEL 3D, LLC, | |
| APPROXIMATELY $50,000.00 SEIZED FROM THE CALIFORNIA FRANCHISE TAX BOARD, SOURCED FROM FUNDS WITHDRAWN FROM BANK OF AMERICA SAVINGS ACCOUNT NUMBER 325016557963, HELD IN THE NAME OF MARTEL 3D, LLC, and | |
| 2011 BMX X3, VIN: 5UXX5C54BL716300, | |
| Defendants. | |

On September 18, 2023, the United States moved the court pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss this civil forfeiture action in its entirety.  Rule 41(a)(2) allows a court to voluntarily dismiss a complaint at a plaintiff's request on terms that the court deems property.  Fed. R. Civ. P. 41(a)(2).

The United States seeks to voluntarily dismiss this action on the grounds that the assets subject to forfeiture will be adjudicated in the related federal criminal case, *United States v. Ara Garabed Dolarian*, 1:19-CR-00138-JLT-SKO.

The motion of the United States to dismiss this civil forfeiture is granted.  This action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **December 7, 2023**                                      /s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE